# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| SHIPPING AND TRANSIT, LLC<br><br>      Plaintiff,<br><br>vs.<br><br>MAPBOX, INC.<br><br>      Defendant. | Civil Action File No.: 1:16-cv-1328<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Shipping and Transit, LLC ("Plaintiff") hereby dismisses all of its claims asserted against Defendant Mapbox in the above-captioned action without prejudice.

Submitted this 22nd day of March, 2017.

**OhanianIP**

/s/Artoush Ohanian
Henry Artoush Ohanian
State Bar No. 2401326
OhanianIP
400 West 15th Street, Suite 1450
Austin, Texas 78701
(512) 791-7963
(512) 270-4845
artoush@ohanian-iplaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice of Dismissal has been served via email to all parties of record listed below on March 22, 2017:

Lealon Martin
Fish & Richardson
111 Congress Ave #810
Austin, TX 78701
(512) 472-5070
lmartin@fr.com

**OhanianIP**

/s/Artoush Ohanian
Henry Artoush Ohanian
State Bar No. 2401326
OhanianIP
400 West 15th Street, Suite 1450
Austin, Texas 78701
(512) 791-7963
(512) 270-4845
artoush@ohanian-iplaw.com