IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

17 MAR 24  PM 3:44

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| SHIPPING AND TRANSIT, LLC, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-16-CV-1328-LY |
| | § | |
| MAPBOX, INC, | § | |
| DEFENDANT. | § | |
| | § | |

## FINAL JUDGMENT

Before the court in the above styled and numbered cause is Shipping and Transit, LLC's Plaintiff's Notice of Dismissal Without Prejudice filed March 22, 2017 (Clerk's Document No. 5). Having reviewed the notice and considered the applicable law,

**IT IS ORDERED** that all of Plaintiff Shipping and Transit, LLC's claims alleged against Defendant Mapbox, Inc. in this action are **DISMISSED WITHOUT PREJUDICE**.

As nothing remains for resolution in the cause, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case is hereby **CLOSED**.

SIGNED this _24th_ day of March, 2017.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE